UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR QUINTERO | Case No.:  C09-02188 MHP |
| Plaintiff | ~~[proposed]~~ **ORDER CONTINUING** |
| | **INITITAL CASE MANAGEMENT** |
| v. | **CONFERENCE** |
| FERREIRA PLUMBING, INC and WALTER | |
| MANUEL FERREIRA | |
| Defendant(s) | |

BASED ON GOOD CAUSE SHOWN, IT IS ORDERED, the Initial Case Management
Conference set for August 31, 2009 be continued to October 5, 2009 at 2:00 p.m. in Department
15 of the above named Court.

Dated:  9/2/2009

By: _____

CHIEF JUDGE MARILYN HALL PATEL

NORTHERN DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Marilyn H. Patel